CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 28, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**JARVIS SENTELL LYNN,**
**Plaintiff,**

**v.**

**WHITE, et al.,**
**Defendant(s).**

**Civil Action No. 7:26-cv-00295**

**<u>MEMORANDUM OPINION</u>**

**By: Robert S. Ballou**
**United States District Judge**

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the filing costs or submit the information required to proceed *in forma pauperis* under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered July 8, 2026 , the court directed plaintiff to submit within 30 days from the date of the order the consent to withholding of filing fee form in order to complete the application to proceed without the prepayment of the filing fee. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

Additionally, the July 8, 2026 Order was returned to the Court as undeliverable because plaintiff is no longer incarcerated at Southwest Virginia Regional Jail at Meadowview. The inmate locator websites for Southwest Virginia Regional Jails and for Virginia Department of Corrections do not show that plaintiff is in custody at this time, and the court has no further information about his whereabouts. This action cannot proceed without knowledge of his location.

Plaintiff failed to comply with the court's directions as described above and, thus, has not qualified to proceed *in forma pauperis* under § 1915(b). Accordingly, the court **DISMISSES** this action **without prejudice** and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the court's

directions.

Enter: August 27, 2026

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge